TO Be Filed
1ST Amended
   Notice

WITH  4 EXTRA
EXHIBITS THAT
JUST Become
   Available